IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN WILLIAM MUNSON,

    Petitioner,

v.                                        4:21cv383–WS/HTC

WALT MCNEIL, SHERIFF,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 8) docketed November 19, 2021. The magistrate judge recommends that Plaintiff's complaint be dismissed for failure to prosecute and to comply with a court order. Having been given an extension of time to file objections to the report and recommendation, Plaintiff has now filed his handwritten objections (ECF No. 11). Although his writing is somewhat unclear, it appears that Plaintiff complains that he was unable to comply with the magistrate judge's order (ECF No. 4) because his legal materials were taken from him when he was transferred from the Leon County Detention Facility to the Florida State Hospital on October 1, 2021.

Upon review of the record, this court has determined that the report and recommendation should be adopted. Plaintiff has had ample time to either pay the $5.00 filing fee or file a properly supported in forma pauperis motion. It appears, moreover, that granting Plaintiff any additional extensions to address his failure to exhaust would be futile.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 8) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's complaint and this action are hereby DISMISSED without prejudice for failure to comply with a court order.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this   28th   day of   January  , 2022.

                         s/ William Stafford
                         WILLIAM STAFFORD
                         SENIOR UNITED STATES DISTRICT JUDGE